IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GERALD GENE NILES,

    Petitioner,

v.                                               4:16cv3–WS/CAS

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed February 8, 2016. See Doc. 6. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed. The petitioner has filed objections (doc. 8) to the magistrate judge's report and recommendation.

Upon review of the record in light of the petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be adopted.  Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 8) is hereby

ADOPTED and incorporated by reference into this order.

2. The petitioner's petition for writ of habeas corpus (doc. 1) is summarily DISMISSED for lack of jurisdiction.

3. The clerk shall enter judgment stating: "The petitioner's petition for writ of habeas corpus is DISMISSED."

4. A certificate of appealability and leave to appeal in forma pauperis are DENIED.

DONE AND ORDERED this   19th   day of    February   , 2016.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE5.